830

No. 80–2037. COLE, DBA JIM R. COLE & ASSOCIATES ET AL. *v.* CONTINENTAL OIL CO. C. A. 5th Cir. Certiorari denied. 

No. 80–2038. CHANNELL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 80–2039. OSTRER ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 80–2042. BRADT *v.* SMITH ET AL. C. A. 5th Cir. Certiorari denied. 

No. 80–2044. SHELL OIL CO. ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 80–2050. VAN CLEVE ET VIR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 80–2052. LOCAL 9, INTERNATIONAL CHEMICAL WORKERS UNION, AFL–CIO *v.* EISENBERG, REGIONAL DIRECTOR, NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied. 

No. 80–2053. HAMRICK ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. 

No. 80–2054. BUETTNER-JANUSCH *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 80–2055. WHITE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 80–2058. BOUTZ *v.* FEDERAL AVIATION ADMINISTRATION. C. A. D. C. Cir. Certiorari denied.

No. 80–2061. ROME *v.* KANSAS EX REL. COMMISSION ON JUDICIAL QUALIFICATIONS. Sup. Ct. Kan. Certiorari denied.